IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOVAN WHITE, Petitioner | CIVIL ACTION |
|---|---|
| v. | NO. 14-2632 |
| MICHAEL HARLOW, SUPERINTENDENT, Respondent | |

### ORDER

**AND NOW** this 16th day of November, 2016, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that defense counsel shall revise and refile objections within thirty (30) days. The Respondent shall reply within thirty (30) days.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 14\14-2632 white v. phila. da\14cv2632 Order on Memorandum.docx